UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW LOUIS JOHNSON, ) | Case No. CV 12-835-JVS(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| RANDY GROUNDS, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: February 3, 2012

_____
James V. Selna
United States District Judge